UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JOSHUA JAMES MEADOWS,
Institutional ID No. 159281

          Plaintiff,

v.

KEEFE GROUP, et al.,

          Defendants.

No. 5:25-CV-00238-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights action is dismissed without prejudice under 28 U.S.C. § 1915(g).

Dated December ___, 2025.

                                                  JAMES WESLEY HENDRIX
                                                  United States District Judge